DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**NEIL ROBERT KUDLER,** as personal representative of the
**ESTATE OF HOWARD NORMAN KUDLER,** deceased,
Appellant,

v.

**BETHESDA HOSPITAL, INC.,** d.b.a.
**BETHESDA HOSPITAL EAST,**
Appellee.

No. 4D2025-1702

[July 23, 2026]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Carolyn Ruth Bell, Judge; L.T. Case No. 502022CA003442XXXXMB.

Adam Jeffrey Richardson of Burlington & Rockenbach, P.A., West Palm Beach, and Timothy David Kenison of GoldLaw, P.A., West Palm Beach, for appellant.

John Carl Webber of Billing Cochran P.A., Palm Beach Gardens, for appellee.

PER CURIAM.

*Affirmed.*

CONNER, KLINGENSMITH, JJ., and SCHWAB, CHARLES, Associate Judge, concur.

\*       \*       \*

***Not final until disposition of timely-filed motion for rehearing.***